UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>                    Defendants. | NO. 2:21-cv-00523<br><br>**NOTICE OF RELATED CASE** |

*Edmonds Greenery Homeowners Association v. Allstate Insurance Company, et al*; Cause No. 2:21-cv-00103-RSM is a related case to the instant action. The presiding judge in the related case is the Honorable Ricardo S. Martinez. The parties in the related case are Plaintiff Edmonds Greenery Homeowners Association and Defendant Allstate Insurance Company ("Allstate"). The related case involves the same Plaintiff, as the instant action, the Edmonds Greenery Homeowners Association, and also involves an insurance coverage action against one of the Association's property insurers (Allstate) for the cost of repairing hidden damage at the Edmonds Greenery Condominium complex.

DATED this 19th day of April, 2021.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
*/s/ Cortney M. Feniello*
Jerry H. Stein, WSBA No. 27721
Justin D. Sudweeks, WSBA No. 28755
Daniel J. Stein, WSBA No. 48739
Cortney M. Feniello, WSBA No. 57352
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
        justin@condodefects.com
        dstein@condodefects.com
        cfeniello@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***